# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-1964 MRW | Date | July 15, 2020 |
|---|---|---|---|
| Title | Orlando Garcia v. Esteban Perfecto Parian | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**        (IN CHAMBERS) ORDER RE: DISMISSAL

   Plaintiff filed a notice voluntarily dismissing this action without prejudice. (Docket # 14.) This case is dismissed without prejudice.